Case No.  24-1799

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ROBERT F. KENNEDY, JR.,**

*Plaintiff-Appellant*,

v.

**JOCELYN BENSON, in her official capacity as Michigan Secretary of State,**

*Defendant-Appellee.*

On Appeal from the United States District Court for
the Eastern District of Michigan, Case No. 2:24-cv-12375
Hon. Denise Page Hood

## <u>PLAINTIFF-APPELLANT'S MOTION TO EXPEDITE</u>

Pursuant to Fed. R. App. P. 2 and 27, 6 Cir. R. 27(f), and 28 U.S.C. § 1657, Appellant, Robert F. Kennedy, Jr. ("Mr. Kennedy") hereby files this Motion to Expedite.  Mr. Kennedy proposes that Secretary Benson's Response to Mr. Kennedy's Petition for Rehearing En Banc be due by 5:00pm on Thursday, October 10, 2024.

Mr. Kennedy respectfully requests that this Court issue a decision by October 15, 2024, to allow for: (1) expedited review by an *en banc* panel of this

Court; (2) to protect the Constitutional rights of Mr. Kennedy by preventing further irreparable harm to him personally, his reputation and good will, and his constituents; and (3) in the event the Court rules in Mr. Kennedy's favor, to provide Secretary Benson with adequate time to provide notice to voters.

Mr. Kennedy has consulted with counsel for Secretary Benson, who does not concur with Mr. Kennedy's Motion to Expedite.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ *Brandon L. Debus*
Brandon L. Debus
2600 West Big Beaver, Suite 300
Troy, MI 48084
(248) 433-7674
*Attorneys for Appellant Robert F. Kennedy, Jr.*

Date: October 7, 2024

## <u>MEMORANDUM OF LAW IN SUPPORT OF ROBERT F. KENNEDY, JR.'S MOTION TO EXPEDITE</u>

### BACKGROUND

On September 18, 2024, the District Court issued its opinion and order denying Mr. Kennedy's Motion for Temporary Restraining Order and for Preliminary Injunction, which sought to enjoin Secretary Benson from placing Mr. Kennedy's name on the 2024 general election ballot. Order Denying Mot. For Prelim. Inj. (ECF 14).  Mot. Prelim. Inj. (ECF No. 2) (Page ID #58).

On September 27, 2024, a panel of this Court affirmed the District Court's decision denying the Motion for Temporary Restraining Order and for Preliminary Injunction; however, the Panel Decision was accompanied by a 10-page dissent, wherein Circuit Judge McKeague took great issue with Secretary Benson's unlawful recertification of the ballot after the September 6, 2024 statutory deadline. *See Kennedy v. Benson*, No. 24-1799, slip op. at 10-11 (6th Cir. Sept. 27, 2024).

The November 5, 2024 election is less than a month away.  As acknowledged by Judge McKeague in his dissent, there are numerous significant issues with the Panel Decision that adversely impact Mr. Kennedy and Michigan voters.  As such, there is good cause for expedited review of this opinion and order pursuant to Rule 27(f) of the Sixth Circuit Rules.

**ARGUMENT**

Courts shall expedite the consideration of "any action for temporary or preliminary injunctive relief, or any other action if good cause therefor is shown." 28 U.S.C. § 1657(a). Further, pursuant to this Court's rules, to expedite an appeal, a movant must show good cause. *See* 6 Cir. R. 27(f). Good cause is shown "if a right under the Constitution of the United States or a Federal Statute . . . would be maintained in a factual context that indicates that a request for expedited consideration has merit." 28 U.S.C. § 1657(a).

A.    **An expedited consideration regarding Mr. Kennedy's Petition for Rehearing En Banc is warranted because of the constitutional issues at stake.**

This Honorable Court should grant the Motion to Expedite because it pertains to a motion for preliminary injunction and expedited appeals are permitted by the Federal Rules of Appellate Procedure and this Court when constitutional rights are implicated. The Federal Rules of Appellate Procedure and this Court permit expediting appeals. Fed. R. App. P. 2; 6 Cir. R. 27(f). Challenges that involve constitutional rights constitute good cause for expediting appeals. 28 U.S.C. § 1657.

Under Michigan law, the Secretary was legally required to certify the list of candidates to be included on the ballot for the November 2024 general election no later than September 6, 2024. *See* MCL 168.648. The placement of Mr. Kennedy

back on the ballot as a candidate for President of the United States after the September 6, 2024 statutory deadline provided under Michigan law, and after the Secretary certified the ballot without Mr. Kennedy's name on September 6, 2024, violates his First and Fourteenth Amendment rights. Accordingly, an expedited appeal is warranted.

Moreover, allowing Mr. Kennedy to remain listed on the ballot as a result of Secretary Benson's unlawful conduct will prejudice and disenfranchise voters, who should be able to trust that the Secretary will list only candidates who are willing and able to serve in their respective offices on the ballot.  By allowing Mr. Kennedy's name to remain on the ballot, the Secretary is misrepresenting Mr. Kennedy's willingness to serve in office to the public and is infringing upon Michiganders' right to vote.

Mr. Kennedy respectfully requests that the Court grant this Motion to Expedite and order briefing subject to the dates listed in Mr. Kennedy's Motion.

**B.     An expedited consideration regarding Mr. Kennedy's Petition for Rehearing En Banc is warranted because the November 5, 2024 general election is 29 days away.**

On October 7, 2024, this Honorable Court issued an Order, by way of correspondence, directing Secretary Benson to file a response to Mr. Kennedy's Petition for Rehearing En Banc by no later than October 21, 2024.  (Docket No. 12).  October 21, 2024 is 15 days before the November 5, 2024 election.  In the

event that this Honorable Court should find in Mr. Kennedy's favor following a rehearing *en banc*, 15 days is not a sufficient amount of time for Secretary Benson to either (1) remove Mr. Kennedy from the ballot or otherwise issue notices to absentee voters indicating that any votes for Mr. Kennedy would not be counted; or (2) take other preventative measures such as posting disclaimers at voting locations to ensure that voters are aware that Mr. Kennedy is no longer running for President in Michigan.  Under Michigan law, early voting may begin as early as 29 days prior to the election.  *See* MCL 168.720e.  Therefore, time is of the essence, and expedited consideration is required.

## <u>CONCLUSION</u>

For all of these reasons, Mr. Kennedy respectfully requests that this Court grant his Motion to Expedite.  The underlying litigation involves a constitutional challenge to Secretary Benson's unprecedented conduct; a challenge that impacts Mr. Kennedy's interests.  Finally, the expedition of the appeal is the only way to prevent any further injury to Mr. Kennedy, as the November 5, 2024 general election is less than one month away.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ *Brandon L. Debus*
Brandon L. Debus

2600 West Big Beaver, Suite 300
Troy, MI 48084
(248) 433-7674
*Attorneys for Appellant Robert F.*
*Kennedy, Jr.*

Date: October 7, 2024

## CERTIFICATE OF COMPLIANCE

1.      This brief complies with the type-volume limitation of Fed. R. App. P.

27 because this memorandum of law contains 835 words, excluding the parts of the

document exempted by Rule 32(f).

2.      This brief complies with the typeface requirements of Fed. R. App. P.

32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this

brief has been prepared in a proportionally spaced typeface using Microsoft Word

2016 in 14-point Times New Roman font.

/s/ *Brandon L. Debus*
Brandon L. Debus
*Attorney for Appellant Robert F.*
*Kennedy, Jr.*

Dated: October 7, 2024

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 7, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to registered users. A courtesy copy was also sent to counsel for Secretary Benson via email to her counsel of record.

<u>/s/ *Brandon L. Debus*</u>
Brandon L. Debus